UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| JENNIFER NELSON, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>INDUSTRIAL SCIENTIFIC CORPORATION d/b/a INDUSTRIAL SCIENTIFIC DEVICES,<br><br>      Defendant. | Case No. 2:24-cv-01431-MJH |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jennifer Nelson hereby gives notice that her claims in this action against Defendant Industrial Scientific Corporation d/b/a Industrial Scientific Devices, are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: November 21, 2024

By: */s/ Raina C. Borrelli*
Raina C. Borrelli (*pro hac vice*)
raina@straussborrelli.com
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

Larry Bendesky (PA Atty ID #51026)
Patrick Howard (PA Atty ID #88572)
SALTZ, MONGELUZZI, & BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Tel: (215) 496-8282
Fax: (215) 496-0999

lbendesky@smbb.com
phoward@smbb.com

*Attorneys for Plaintiff and Proposed Class*

It is so ordered this 22nd Day  of November 2024

_____
Marilyn J. Horan
United States District Judge